IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00809-BNB

CHARLES WHALEN, and
ANDRES GONZALES,

    Plaintiffs,

v.

WILEY – Former Warden,
RIOS – Warden,
GUNJA – Associate Warden (Former),
HOLT – Associate Warden (Former),
ORTEGA – Captain (Former),
THREE UNKNOWN S.I.S. OFFICERS (Former),
ONE UNKNOWN S.H.U. LIEUTENANT (Former),
MASOPUST – S.H.U. Lieutenant (Former),
FIVE UNKNOWN UNIT MANAGERS (Former),
FIVE UNKNOWN CASE MANAGERS (Former), and
FIVE UNKNOWN COUNSELORS (Former),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 2 2006

GREGORY C. LANGHAM
CLERK

## ORDER

Plaintiff Charles Whalen initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On May 2, 2006, Mr. Whalen and Plaintiff Andres Gonzales submitted a Prisoner Complaint that has been filed in this action. However, if Mr. Gonzales wishes to proceed as a Plaintiff in this action, he must either pay the entire filing fee or file a properly supported motion seeking leave to proceed *in forma pauperis*. He will be directed to do so below. Accordingly, it is

ORDERED that Plaintiff Andres Gonzales shall have **thirty (30) days from the date of this order** either to pay the entire $350.00 filing fee in this action or to file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that Plaintiff Andres Gonzales will be dismissed as a party to this action if he fails either to pay the entire $350.00 filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* within the time allowed. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff Andres Gonzales, together with a copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

DATED June 2, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00809-BNB

Charles Whalen
Reg. No. 06247-073
USP - Lewisburg
PO Box 1000
Lewisburg, PA 17837

Andres Gonzales
Reg. No. 12273-051
USP - Lewisburg
PO Box 1000
Lewisburg, PA 17837

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals **and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 to Mr. Gonzales ONLY** on 6/2/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk