IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 20 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00809-BNB

CHARLES WHALEN, and
ANDRES GONZALES,

      Plaintiffs,

v.

WILEY – Former Warden,
RIOS – Warden,
GUNJA – Associate Warden (Former),
HOLT – Associate Warden (Former),
ORTEGA – Captain (Former),
THREE UNKNOWN S.I.S. OFFICERS (Former),
ONE UNKNOWN S.H.U. LIEUTENANT (Former),
MASOPUST – S.H.U. Lieutenant (Former),
FIVE UNKNOWN UNIT MANAGERS (Former),
FIVE UNKNOWN CASE MANAGERS (Former), and
FIVE UNKNOWN COUNSELORS (Former),

      Defendants.

## ORDER TO DISMISS PLAINTIFF ANDRES GONZALES

Plaintiff Charles Whalen initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On May 2, 2006, Mr. Whalen and Plaintiff Andres Gonzales submitted a Prisoner Complaint that has been filed in this action. On June 2, 2006, Magistrate Judge Boyd N. Boland ordered Mr. Gonzales to cure certain deficiencies if he wished to proceed as a Plaintiff in this action. Specifically, Magistrate Judge Boland ordered Mr. Gonzales either to pay the entire $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Gonzales was warned that he would be dismissed

as a party to this action if he failed either to pay the entire filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* within thirty days.

Mr. Gonzales has failed either to pay the entire filing fee or to file a motion seeking leave to proceed *in forma pauperis* in this action and he has failed to respond in any way to Magistrate Judge Boland's June 2 order. Therefore, Mr. Gonzales will be dismissed as a party to this action. Accordingly, it is

ORDERED that Plaintiff Andres Gonzales is dismissed without prejudice as a party to this action because he failed either to pay the entire filing fee or to file a motion seeking leave to proceed *in forma pauperis*.

DATED at Denver, Colorado, this 19 day of July, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00809-BNB

Charles Whalen
Reg. No. 06247-073
USP - Lewisburg
PO Box 1000
Lewisburg, PA 17837

Andres Gonzales
Reg. No. 12273-051
USP - Lewisburg
PO Box 1000
Lewisburg, PA 17837

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/20/06

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk