IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 – 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00809-BNB

CHARLES WHALEN,

      Plaintiff.

v.

WILEY – Former Warden,
RIOS – Warden,
GUNJA – Associate Warden (Former),
HOLT – Associate Warden (Former),
ORTEGA – Captain (Former),
THREE UNKNOWN S.I.S. OFFICERS (Former),
ONE UNKNOWN S.H.U. LIEUTENANT (Former),
MASOPUST – S.H.U. Lieutenant (Former),
FIVE UNKNOWN UNIT MANAGERS (Former),
FIVE UNKNOWN CASE MANAGERS (Former), and
FIVE UNKNOWN COUNSELORS (Former),

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's motion for leave to proceed *in forma pauperis* filed on April 20, 2006, is denied as moot because he has paid the filing fee. Plaintiff's motion for appointment of counsel filed on April 28, 2006, is denied as premature. Plaintiff's motion for class certification filed on April 28, 2006, is denied.

Dated: August 1, 2006

Copies of this Minute Order mailed on August 1, 2006, to the following:

Charles Whalen
Reg. No. 06247-073
USP - Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

                                        Secretary/Deputy Clerk