IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00809-WDM-CBS

CHARLES WHALEN,

    Plaintiff,

v.

WILEY - Former Warden
RIOS - Warden,
GUNJA - Associate Warden (Former),
HOLT - Associate Warden (Former),
ORTEGA - Captain (Former),
THREE UNKNOWN S.I.S. OFFICERS (Former),
ONE UNKNOWN S.H.U. LIEUTENANT (Former),
MASOPUST - S.H.U. Lieutenant (Former),
FIVE UNKNOWN UNIT MANAGERS (Former),
FIVE UNKNOWN CASE MANAGERS (Former), and
FIVE UNKNOWN COUNSELORS (Former),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 1 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d).  All costs of service shall be advanced by the United States.  It isC

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: __8/9/06__

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00809-WDM-CBS

Charles Whalen
Reg. No. 06247-073
USP – Lewisburg
PO Box 1000
Lewisburg, PA 17837

Ron Wiley, Rios - Warden,
Gunja - Associate Warden,
Holt - Associate Warden,
Captain Ortega, and
Masopust - SHU Lieutenant – WAIVER*
Christopher B. Synsvoll
Attorney Advisor
ADX – Florence
**DELIVERED ELECTRONICALLY**

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

 I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on Ron Wiley, Rios - Warden, Gunja - Associate Warden, Holt - Associate Warden, Captain Ortega, and Masopust - SHU Lieutenant and to The United States Attorney General, and the United States Attorney's Office: AMENDED COMPLAINT FILED 5/2/06, ORDER FILED 7/20/06, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/11/06 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk