IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00809-WDM-CBS

CHARLES WHALEN,
 Plaintiff,
v.

WILEY, Former Warden,
RIOS, Warden,
GUNJA, Associate Warden (Former),
HOLT, Associate Warden (Former),
ORTEGA, Captain, (Former),
THREE UNKNOWN S.I.S. OFFICERS (Former),
ONE UNKNOWN S.H.U. LIEUTENANT (Former),
MASOPUST, S.H.U. Lieutenant (Former),
FIVE UNKNOWN UNIT MANAGERS (Former),
FIVE UNKNOWN CASE MANAGERS (Former),
FIVE UNKNOWN COUNSELORS (Former),
 Defendants.

_____

ORDER
_____

   This civil action comes before the court on a letter filed by William Gregory Jackson-El requesting to "join to this class action law suit" (filed August 11, 2006) (doc. # 18). Pursuant to the Order of Reference dated August 9, 2006 (doc. # 16) and memorandum dated August 11, 2006 (doc. # 19), the letter was referred to the Magistrate Judge. The court has reviewed the letter, the entire case file, and the applicable law and is sufficiently advised in the premises. On August 1, 2006, Plaintiff Whalen's Motion for Class Action Certification was denied. Currently, there is no class action for Jackson-El to join. Accordingly, IT IS ORDERED that the letter filed by William Gregory Jackson-El requesting to "join to this class action law suit" (filed August 11, 2006) (doc. # 18) is DENIED.

DATED at Denver, Colorado, this 14th day of August, 2006.

                                            BY THE COURT:

                                            *s/Craig B. Shaffer*
                                            United States Magistrate Judge