IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00809-WDM-CBS

CHARLES WHALEN,
         Plaintiff,

v.

WILEY, Former Warden,
RIOS, Warden,
GUNJA, Associate Warden (Former),
HOLT, Associate Warden (Former),
ORTEGA, Captain, (Former),
THREE UNKNOWN S.I.S. OFFICERS (Former),
ONE UNKNOWN S.H.U. LIEUTENANT (Former),
MASOPUST, S.H.U. Lieutenant (Former),
FIVE UNKNOWN UNIT MANAGERS (Former),
FIVE UNKNOWN CASE MANAGERS (Former),
FIVE UNKNOWN COUNSELORS (Former),
         Defendants.

_____

ORDER

_____

        This civil action comes before the court on a letter filed by Robert W. Chambers requesting "to be included in this class action law suit" (filed August 14, 2006) (doc. # 22). Pursuant to the Order of Reference dated August 9, 2006 (doc. # 16) and the memorandum dated August 14, 2006 (doc. # 23), the letter was referred to the Magistrate Judge.  The court has reviewed the letter, the entire case file, and the applicable law and is sufficiently advised in the premises.  On August 1, 2006, Plaintiff Whalen's Motion for Class Action Certification was denied.  Currently, there is no class action for Chambers to join.  Accordingly, IT IS ORDERED that the letter filed by Robert W. Chambers requesting "to be included in this class action law suit" (filed August 14, 2006) (doc. # 22) is DENIED.

DATED at Denver, Colorado, this 15th day of August, 2006.

BY THE COURT:

_s/Craig B. Shaffer_____
United States Magistrate Judge