IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00809-WDM-CBS

CHARLES WHALEN,
        Plaintiff,
v.

WILEY, Former Warden,
RIOS, Warden,
GUNJA, Associate Warden (Former),
HOLT, Associate Warden (Former),
ORTEGA, Captain, (Former),
THREE UNKNOWN S.I.S. OFFICERS (Former),
ONE UNKNOWN S.H.U. LIEUTENANT (Former),
MASOPUST, S.H.U. Lieutenant (Former),
FIVE UNKNOWN UNIT MANAGERS (Former),
FIVE UNKNOWN CASE MANAGERS (Former),
FIVE UNKNOWN COUNSELORS (Former),
        Defendants.

_____

ORDER

_____

        This civil action comes before the court on a letter filed by Bob A. Custard requesting

"to be included in the above docketed class action civil action" (filed August 16, 2006) (doc.

# 25).  Pursuant to the Order of Reference dated August 9, 2006 (doc. # 16) and the

memorandum dated August 16, 2006 (doc. # 26), the letter was referred to the Magistrate

Judge.  The court has reviewed the letter, the entire case file, and the applicable law and is

sufficiently advised in the premises.  On August 1, 2006, Plaintiff Whalen's Motion for Class

Action Certification was denied.  Currently, there is no class action for Custard to join.

Accordingly, IT IS ORDERED that the letter filed by Bob A. Custard requesting "to be

included in the above docketed class action civil action" (filed August 16, 2006) (doc. # 25)

is DENIED.

        DATED at Denver, Colorado, this 17th day of August, 2006.

                                        BY THE COURT:


                                        *s/Craig B. Shaffer*
                                        United States Magistrate Judge

1