IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00809-WDM-CBS

CHARLES WHALEN,
    Plaintiff,
v.

WILEY, et al.,
    Defendants.
_____

## ORDER
_____

This civil action comes before the court on a letter filed by David R. Moghdam requesting "to join the lawsuit" (filed August 21, 2006) (doc. # 28). Pursuant to the Order of Reference dated August 9, 2006 (doc. # 16) and the memorandum dated August 23, 2006 (doc. # 29), the letter was referred to the Magistrate Judge. The court has reviewed the letter, the entire case file, and the applicable law and is sufficiently advised in the premises. On August 1, 2006, Plaintiff Whalen's Motion for Class Action Certification was denied. Currently, there is no class action for Moghdam to join. Accordingly, IT IS ORDERED that the letter filed by David R. Moghdam requesting "to join the lawsuit" (filed August 21, 2006) (doc. # 28) is DENIED.

DATED at Denver, Colorado, this 28th day of August, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge