IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00809-WDM-CBS

CHARLES WHALEN,
    Plaintiff,
v.

WILEY, et al.,
    Defendants.
_____

## ORDER
_____

Magistrate Judge Craig B. Shaffer

    Upon the court's review of the file, this civil action comes before the court for removal of David R. Moghdam as an interested party from the court's certificate of mailing.

    On August 21, 2006, David R. Moghdam filed a letter requesting "to join the lawsuit" (doc. # 28). The court denied the request on August 28, 2006 (doc. # 30). Two subsequent mailings to Moghdam have been returned in the mail as undeliverable. (*See* docs. # 47 and # 51). Accordingly,

    IT IS ORDERED that David R. Moghdam may be removed as an interested party from the court's certificate of mailing.

    DATED at Denver, Colorado, this 17th day of January, 2007.

                                                  BY THE COURT:

                                                  s/Craig B. Shaffer
                                                  United States Magistrate Judge