IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00809-WDM-CBS

CHARLES WHALEN,

    Plaintiff,

v.

WILEY, Former Warden, et al.,

    Defendants.

---

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**

---

Miller, J.

This case is before me on the recommendation of Magistrate Judge Craig B. Shaffer, issued September 15, 2006 (doc no 38) that defendant's motion for class action certification be denied without prejudice. Plaintiff Charles Whalen has not objected to this recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

I have reviewed the pertinent portions of the record in this case, including the complaint, motion for class action certification, and the recommendation.

I agree with Magistrate Shaffer that because Plaintiff is pro se, he cannot fairly and adequately represent the interests of the class as the class representative and, therefore, he cannot sue as a representative party. In addition, I agree that to the extent that Plaintiff seeks relief that would inure to the benefit of all inmates similarly situated, class certification may not be necessary.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Shaffer (doc no 38) is accepted.

2. Plaintiff's motion for class action certification (doc no 4) is denied without prejudice to renewal in the event that circumstances arise that render class certification necessary to the litigation.

DATED at Denver, Colorado, on February 1, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge