IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00809-WDM-CBS

CHARLES WHALEN,
    Plaintiff,
v.

WILEY, Former Warden, *et al.*,
    Defendants.

---

ORDER

---

This civil action comes before the court on the "Motion to Add Defendants From 'Coleman Correctional Facility' " filed on February 2, 2007 by non-party Robert W. Chambers (doc. # 57).  Pursuant to the Order of Reference dated August 9, 2006 (doc. # 16) and the memorandum dated February 6, 2007 (doc. # 58), the Motion was referred to the Magistrate Judge.

On August 1, 2006  and on February 1, 2007, Plaintiff Whalen's Motions for Class Action Certification (docs. # 4 and # 32) were denied.  On August 15, 2006, the court denied Robert W. Chambers' request "to be included in this class action lawsuit." (*See* Order (doc. # 24)).  Robert W. Chambers is not a party to this civil action.  The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises,

IT IS ORDERED that the "Motion to Add Defendants From 'Coleman Correctional Facility' " (filed February 2, 2007) by non-party Robert W. Chambers (doc. # 57) is DENIED.

DATED at Denver, Colorado, this 6th day of February, 2007.

BY THE COURT:

    s/Craig B. Shaffer
    United States Magistrate Judge