IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00809-WDM-CBS

CHARLES WHALEN,

    Plaintiff,

v.

WILEY, Former Warden, et al.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

    This case is before me on the recommendation of Magistrate Judge Craig B. Shaffer, issued July 16, 2007 (doc no 61) that Plaintiff's complaint be dismissed for failure to state a claim. Plaintiff Charles Whalen has not objected to this recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

    I have reviewed the pertinent portions of the record in this case, including the complaint, the Motion to Dismiss filed by Defendants, Plaintiff's response, and the recommendation. I agree with Magistrate Shaffer for the reasons set forth in his recommendation that the case should be dismissed.

    Accordingly, it is ordered:

1.    The recommendation of Magistrate Judge Shaffer (doc no 61) is accepted.

2. Defendants' Motion to Dismiss (doc no 52) is granted. This case is dismissed with prejudice.

DATED at Denver, Colorado, on August 21, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge